**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **GINA M. CALARCO, individually and on behalf of a class of others similarly situated,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 09-0465-CV-W-GAF** |
| ) | |
| **FERRELLGAS PARTNERS, L.P., FERRELLGAS, L.P., and FERRELLGAS, INC.,** )<br>)<br>) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING MOTION TO STAY

Presently before the Court is Defendants Ferrellgas Partners, L.P., Ferrellgas, L.P., and Ferrellgas, Inc.'s (collectively "Defendants") Motion to Stay Proceedings. (Doc. #7). A motion to coordinate or consolidate six federal court cases, including this case, is currently pending before the Judicial Panel on Multidistrict Litigation ("the Panel") in *In re Pre-Filled Propane Tank Mktg. & Sales Practices*, MDL No. 2086 (J.P.M.L. filed June 18, 2009). (Doc. #7, Exs. A-B). Given that this case is still in its infancy and that judicial resources will be saved if the cases are in fact coordinated, Defendants' Motion is GRANTED. Proceedings in the above-captioned case are STAYED until the Panel renders its decision on the motion pending before it.[1]

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:  July 7, 2009

---

[1]Defendants' Motion for Expedited Hearing (Doc. #8) is DENIED as moot.